UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF OPERATION BASS, INC., AS OWNER PRO HAC VICE OF THE 2011 RANGER Z520 20' 9" BOAT WITH HULL IDENTIFICATION NUMBER RGR04271A111, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. 14-1226-STA-egb |
| IN THE MATTER OF THE COMPLAINT OF FISHING HOLDINGS, LLC, AS OWNER OF THE 2011 RANGER Z520 20' 9" BOAT WITH HULL IDENTIFICATION NUMBER RGR04271A111, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CASE NO. 14-2976-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant Fishing Holdings, LLC's (91)Motion For Summary Judgment; Granting In Part and Denying In Part Defendant Shinichi Fukae's (94)Motion For Partial Summary Judgment on Plaintiff's Claim For Medical Expenses; Granting Defendant Operation Bass, Inc.'s (95) Motion For Summary Judgment; And Granting Operation Bass, Inc.'s (96)Motion For Partial Summary Judgment on Claims For Knee and Neck Injuries entered on December 5, 2017, Fishing Holding's Motion for Summary Judgment is GRANTED, Fukae's Motion for Partial Summary Judgment is GRANTED IN PART AND DENIED IN PART, Operation Bass's Motion for Summary Judgment is GRANTED.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 12/5/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk